

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00749-CV

**IN RE** Helmut **ENGEL** and Patrick Engel D/B/A Home Technology Repair Service

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
               Lori I. Valenzuela, Justice
               Lori Massey Brissette, Justice

Delivered and Filed: April 9, 2025

PETITION FOR WRIT OF MANDAMUS DENIED

On November 1, 2024, relators filed a petition for writ of mandamus. After considering the relators' petition and attached record, the response filed by the real parties in interest, and the relators' reply in support of their petition, this court concludes the relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2024-CI-04544, styled *Stephan R. Engel and Engel Contracting LLC d/b/a Engel Solar Electric v. Patrick M. Engel and Helmut Toni Engel d/b/a Home-Technology-Repair Service*, pending in the 37th Judicial District Court, Bexar County, Texas, the Honorable Monique Diaz presiding.